# EXHIBIT A

Case 2:17-cv-02249-SJF-GXB   Document 1-1   Filed 04/13/17   Page 1 of 2 PageID #: 8

