# EXHIBIT B

TECH

# I got caught cheating through Pokémon Go

By Sophia Rosenbaum                                                          July 12, 2016  |  9:57am  |  Updated



Evan Scribner's girlfriend found out he been visiting his ex through Pokémon Go.
Christopher Sadowski; Facebook

Pokémon Go ruined my love life!

Evan Scribner claims he's now single after his girlfriend discovered he was "cheating" on her — thanks to the geolocation feature in the addicting scavenger hunt-style cellphone game.

Scribner told The Post his big mistake was playing the game after canoodling with an ex-girlfriend in Bushwick.

The mobile game leads players to virtual creatures located in the real-world, using a phone's mapping software to record where each Pokemon is captured.

And that means anyone snooping around a player's phone would be able to see his or her whereabouts at a given time.

**SEE ALSO**



There's a Pokemon in my restaurant, and business is booming

⌄ ADVERTISEMENT ⌄



"Pokemon Go is great for my mental health. I also got laid," @TruthHurtsCrown tweeted Monday.

"Pokemon go got me laid," @blaq_sav wrote.

The game, created by Niantic and the Pokémon Company, has re-induced Pokémania — a frenzy over the cute creatures that were originally created in the mid-'90s by Nintendo for the Game Boy console — throughout the world since it was released last week.

Since last Wednesday, Nintendo has already added $7.5 billion to its market value and increased its stock shares by 25 percent.

**People are playing Pokémon Go in extremely inappropriate places:**

FILED UNDER    **BROOKLYN**, **CELL PHONES**, **CHEATING**, **POKEMON**, **POKEMON GO**

Recommended by